FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

AUG 16 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL ZAPPULLA, ) <br> ) <br> Defendant. ) | 2:13-CR-052-GMN-(GWF) |

### FINAL ORDER OF FORFEITURE

On May 6, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) based upon the plea of guilty by defendant PAUL ZAPPULLA to the criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant PAUL ZAPPULLA pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 51; Preliminary Order of Forfeiture, ECF No. 53.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 8, 2013, through June 6, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 55.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. $500.00 in United States Currency seized from 5450 E. Lake Mead Boulevard, Apt. #222, Las Vegas, NV;
2. $1,893.00 in United States Currency seized from 2022 Castleberry Lane, Apt. D, Las Vegas, NV;
3. $8,250.00 in United States Currency seized from 2022 Castleberry Lane, Apt. B, Las Vegas, NV;
4. Hi Point 9mm semi-automatic handgun bearing serial number P096586 seized from 5450 E. Lake Mead Boulevard, Apt #222, Las Vegas, NV; and
5. any and all ammunition (all of which constitutes "property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this 16 day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE