

PAUL ZAPPULLA, JR
5540 SUPER BOWL DR.
LAS VEGAS, NEVADA 89110
702-752-3844
PAUL ZAPPULLA, JR

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff(s),

-vs-

PAUL ZAPPULLA, JR

Defendant(s).

CASE NO. 13CR00052

# MOTION TO REMOVE FEDERAL BENEFIT RESTRICTION.

The Defendant, Paul Zappulla, Jr , respectfully moves that the court grant an order to remove the restriction of no federal benefits for 5 years after the conviction of conspiracy to distribute a controlled substance dated August, 16 2013 and in support thereof says the following. The Defendant in this case is requesting this motion in order for the Defendant to receive federal government assistance in obtaining an education. The Defendant listed above has recently been released from prison to a Residential Reentry Center in Las Vegas, NV. During his incarceration the Defendant obtain a GED, completed a 9 month drug treatment program RDAP (Residential Drug Abuse Program) completed vocational training for Microsoft Office Word program, completed Resume and Job interviewing Adult Continuing Education Class and Basic Budgeting Adult Continuing Education class. Also upon the Defendants first week of arriving at the Residential Reentry Center he secured full time employment with Animal World Safari a company based in Las Vegas, Nevada. The Defendant respectfully ask that the court move forward in this motion and remove these restrictions as he is becoming a productive member of society and is seeking the governments assistance in doing so.

SIGNATURE
Paul Zappulla, Jr.
5540 Super Bowl Dr.
Las Vegas, NV 89110

## ORDER

**THE COURT HAVING READ** and considered the Defendant's Motion to Remove Federal Benefit Restriction, and the Government's Response in non-opposition thereto, hereby **GRANTS** Defendant's Motion.

**IT IS SO ORDERED** this 13th day of April, 2015.

Gloria M. Navarro, Chief Judge
United States District Court



# Certificate of Completion

This Certifies that

*Paul Zappulla*

Has successfully completed the unit-based component of the Residential Drug Abuse Program and is awarded this certificate by the

FPC Sheridan Drug Abuse Program

[illegible]

G.Grady, Psy.D., CADC I; DAP-C



Certificate of Completion

This Certifies That

**Paul Zappulla**

47772-048

Has Successfully Completed 20 Hours of Study In

**Life Plan Strategies**

Given This 11th Day of July, 2014

D. KOONS, ACE COORDINATOR

4/11/12-048 6

# GED TESTING SERVICE Official Transcript of GED® Test Results

Official Transcript
Issued Under the Auspices of
GED Testing Service.
For information about additional transcripts,
visit www.GEDtestingservice.com

**Candidate's Name**

Last: Zappulla First: Paul Middle Initial:
Address: PO Box 8000, Sheridan, OR 97378

Phone Number:
Date of Birth: 2/20/1994 Social Security Number(if required):
Issue Date: 06/16/2014 Reported to: Mississippi

Test Format: Paper

Examiner's Signature 07/17/2014 Date
Center Name: GED Testing Service
Center Identification No.: 9000400407
Phone Number: 877-392-6433
Center Address: www.GEDtestingservice.com

JUL 2 1 2014

| | TEST DATE | TEST FORM | **STANDARD SCORE | PERCENTILE RANK | INDIVIDUAL TEST STANDARD SCORE |
|---|---|---|---|---|---|
| Language Arts, Reading | 6/2/2014 | III | 540 | 66 | 540 |
| Language Arts, Writing | 6/2/2014 | II | 650 | 93 | 650 |
| Mathematics | 6/2/2014 | III | 630 | 90 | 630 |
| Science | 6/2/2014 | II | 590 | 82 | 590 |
| Social Studies | 6/2/2014 | II | 660 | 95 | 660 |

| | | *PASS | *NON-PASS |
|---|---|---|---|
| Standard Score Total | 3070 | | |
| Battery Average | 614 | X | |

Individual test standard score scale: 200 Below 410** (see reverse) Above 800

Average score scale: 200 Below 450 AVERAGE SCORE Above 800

** Standard Score. The scores on this report are the *highest* scores achieved by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

*Pass or Non-Pass as determined by jurisdictional policy.

## TOTAL BATTERY

You have demonstrated the 21st century skills of Communication, Information processing, Problem solving, and Higher-order thinking skills in the five test areas (Reading, Writing, Mathematics, Science, and Social Studies)to perform as effectively in the workplace or in higher education as the top 10% of the traditional high school graduates.

## Language Arts, Reading

Your score meets or exceeds the GED passing score requirement. You demonstrated essential reading skills in the following areas: comprehending, analyzing, evaluating, and synthesizing workplace and literary texts.

## Language Arts, Writing

Your score exceeds the GED passing score requirement and the scores of 80% of graduating seniors. You demonstrated superior skills in the following areas: using the elements of standard English to edit workplace and informational documents and to generate well-organized and developed written text.

## Mathematics

Your score exceeds the GED passing score requirement and the scores of 90% of graduating seniors. You demonstrated superior skill in the following areas: understanding and interpreting mathematical concepts in algebra, data analysis, statistics, geometry, and number operations applied to visual and written text from academic and workplace contexts.

## Science

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space sciences, physics, and chemistry to visual and written text from academic and workplace contexts.

## Social Studies

Your score exceeds the GED passing score requirement and the scores of 80% of graduating seniors. You demonstrated superior skill in the following areas: understanding, interpreting, and applying key history, geography, economics, and civics concepts and principles to visual and written academic and workplace contexts.

COPY

# State of Mississippi

## Mississippi Community College Board

# High School Equivalency Diploma

*This is to certify that* PAUL ZAPPULLA *has taken the GED® Test provided through the GED® Testing Service of the American Council on Education with test scores comparable to those made by high school graduates and is hereby awarded this High School Equivalency Diploma, the legal equivalent of a high school diploma, as determined by the Mississippi State Board of Education.*

June 16, 2014
*Date*

6132257
*Diploma Number*

Eric Clark
Executive Director

Eloise J. Richardson
GED® Administrator

# Certificate of Completion

THIS CERTIFIES THAT

**Paul Zappulla**

47772-048

HAS SUCCESSFULLY COMPLETED 100 HOURS OF STUDY IN

**Word Section of Microsoft Office**

GIVEN THIS 4TH DAY OF February, 2015

C. Frahl

B. WARD - V.T. COMPUTER INSTRUCTOR

© 2013 Great Papers

# Bureau of Prisons
# Psychology Services
# RDAP - Treatment Summary

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | ZAPPULLA, PAUL | | | | | Reg #: | 47772-048 |
| Date of Birth: | 02/20/1994 | Sex: | M | Facility: | SHE | Unit Team: | UNIT 6RDAP |
| Date: | 11/17/2014 09:05 | Provider: | Miles, Danielle MA/DTS | | | | |

## Diagnostic Impression

DSM-5 Diagnoses:
Axis I: Cannabis Use Disorder, Severe, F12.20*b - Current, Chronic, Initial
Stimulant Related Disorders: Severe: Cocaine, F14.20*a - Current, Chronic, Initial

The following information is based on completed treatment plan goals, recent staff interactions with this participant, and Pre-Sentence Investigation (PSI), Judgment and Commitment Order (J&C), and Psycho-Social Assessment records maintained throughout his course of treatment.

## Psychosocial History

Identifying Information

This participant is a 20-year-old, white, male. He is currently serving a 37-month term of incarceration with 4-years of supervised release time for Conspiracy to Distribute a Controlled Substance. He has a projected release date of September 2, 2016.

Criminal History

Mr. Zappulla has prior Juvenile charges/convictions for: Habitual Truancy; Malicious Destruction of Private Property, gross misdemeanor; and Possession of Controlled Substance with Intent to Sell/Methamphetamine, felony. Other adult offense/charges include: Battery Domestic Violence; and Trafficking in Controlled Substance and Sale of Controlled Substance (which were referred for federal prosecution).

During his current term of incarceration, he received one incident report for (310) Being Absent From Assignment.

Family History

Paul Zappulla, Jr., was born on February 20, 1994, in Las Vegas, Nevada, to the marital union of Paul Zappulla, Sr., and Kimberly Zappulla. His father is self-employed as a professional gambler, and his mother is a housewife. Mr. Zappulla is the youngest of four children. His siblings are: Michaela Doerflein, a maternal half-sister, age 27, who was recently released from state prison on charges of drug trafficking; Michael Doerflein, a maternal half-brother, age 26, who is a co-defendant in the instant offense, and is currently incarcerated in federal facility (Elkton, Ohio) on 120-month sentence; and Melissa Zappulla, age 23, who resides in Las Vegas, Nevada and is working full time, while attending school part-time.

Mr. Zappulla reported that he has been a life-long resident of Las Vegas, Nevada, and for the preceding 15 years, he has resided in his parent's home, other than two years in which he lived with his oldest sister. He reported that he had a good childhood in a home where all his basic needs were met and free from any form of abuse. He indicated that he was exposed to criminality and substance abuse at an early age due to his older siblings and peer group influence. Although he denied being affiliated with a gang, he reported he was associated with many gang members. He reported that he became "rebellious" as an adolescent and moved out of his parent's home at the age of 14, to live with his sister. He reported that she and her boyfriend were dealing drugs and introduced him to the lifestyle. He reported that there is discord between his older sister and his wife at this time, but he shared that his parents and other family members have remained supportive of him despite his legal issues. Particularly, Mr. Zappulla reports being close with his sister, Melissa, whom he maintains regular contact with via email. He stated that upon release from custody, he plans to return to Las Vegas, Nevada, to reunite with his family.

On February 19, 2013, Mr. Zappulla married Ana Silvia Hernandez-Ibarra in Las Vegas, Nevada. He reported the two met at a party and dated for three years prior to their marriage. He reports she is a positive influence and has no criminal or drug use history. She gave birth to their only child two weeks prior to Mr. Zappulla's incarceration. His son,

Inmate Name: ZAPPULLA, PAUL Reg #: 47772-048
Date of Birth: 02/20/1994 Sex: M Facility: SHE Unit Team: UNIT 6RDAP
Date: 11/17/2014 09:05 Provider: Miles, Danielle MA/DTS

Pauly, is now 11 months old. Mr. Zappulla's wife and child reside with his parents. He plans to return to help raise his son after his release. Despite some domestic violence issues in the past, Mr. Zappulla reports he and Ana have a strong relationship and plan to work on building a healthier relationship together in the future.

Mr. Zappulla dropped out of high school, but has completed his GED during his current term of incarceration. His only previous work experience was as a game attendant at Chuck E. Cheese Restaurant for a brief, 6-month period, while he was on probation. He plans to continue his education and/or attend a trade school upon release.

Substance Abuse History (and previous drug diagnosis)

Mr. Zappulla reported that he first used marijuana at age 13 and last consumed marijuana in February 2013. He reported an increased tolerance over time and reported he was using up to to ounce of marijuana per day in the year prior to his arrest. He indicated that a majority of his time was spent using or selling the drug. He indicated that marijuana was his drug of choice and that he liked that is "took the edge off" and helped with "anxiety" related to his criminal involvement.

Mr. Zappulla also reports he began using cocaine at the age of 17. He reported originally smoking marijuana laced with cocaine before eventually snorting it. In the year prior to his arrest he reported using between an "8 ball" and "three grams" of cocaine per day. In 2012 he reported beginning to sell drugs when his brother-in-law was released from prison in part to support his cocaine habit.

Lastly, Mr. Zappulla indicated he also used alcohol at least a couple times per month in the year prior to his arrest. Although no alcohol diagnosis was given during the clinical interview, Mr. Zappulla reported during his psychosocial interview, that he had quit using alcohol just 3-4 months prior to his arrest in the instant offense, after being hospitalized for alcohol poisoning. He reports he drank beer and Patron, and would drink to the point of intoxication.

He reported no prior treatment experience.

Mental Health History

Mr. Zappulla reported no history of mental or emotional problems, and no history of treatment for such problems. Based on his Domestic Battery charge, Mr. Zappulla reports he may be required to complete treatment and address any potential anger issues. This was not specifically addressed in the current treatment episode.

Past diagnoses

None.

Medical History

Mr. Zappulla reports being in good overall health at this time. He denied any history of health problems, injuries or illnesses and reports he is not currently prescribed or taking any medications.

**Course of Treatment**

During assessment and his treatment planning interview, it was determined that Mr. Zappulla would benefit from addressing the following issues: 1) his substance abuse and irresponsible lifestyle; 2) his criminal lifestyle; and 3) lack of education and vocational skills.

He has made progress on each of these areas over the course of treatment by completing all assigned treatment plan interventions. He addressed the first problem area by examining his substance abuse history and the related consequence such as relationship problems, separation from his child, and having no formal education or work skills. He discussed his issues and obtained feedback from his peers regarding changes he could make to his lifestyle. He also practiced maintaining a more responsible pattern of behavior by attending all classes, groups and meetings and submitting work in a timely manner; obtaining favorable work performance evaluations and completing regular attitude checks throughout the course of treatment. Mr. Zappulla also examined the relationships in his life and developed a plan

Generated 11/17/2014 11:52 by Grady, Genevieve PsyD/DAP Bureau of Prisons - SHE Page 2 of 4

Inmate Name: ZAPPULLA, PAUL Reg #: 47772-048
Date of Birth: 02/20/1994 Sex: M Facility: SHE Unit Team: UNIT 6RDAP
Date: 11/17/2014 09:05 Provider: Miles, Danielle MA/DTS

for building more positive support, while eliminating or setting healthy boundaries with negative influences in his life. Lastly, he completed the Parenting class through the education department and submitted a comprehensive relapse prevention and recovery maintenance plan.

To address his second problem, Mr. Zappulla identified his problematic attitudes, thoughts, and behaviors and learned to challenge them with the rational thinking tools of the program and by utilizing the Five Rules of Rational Thinking. He shared regular attitude checks and RSAs (Rational Self-Analysis) with his peers for feedback; and he completed and shared his Statement of Commitment with his peers and siblings as a testimony of his commitment to change.

A significant achievement during Mr. Zappulla's treatment episode, was obtaining his GED. He attended classes and tutoring regularly until he obtained his General Equivalency Diploma on June 21, 2014. Mr. Zappulla continued to prepare himself for release and becoming a productive member of society, by continuing his education and completing vocational courses such as: Life Planning; Breaking Barriers; Beginning Typing; and Microsoft Office courses. As part of the Life Planning course, he has developed a set of long and short term goals, which will include continuing his education and vocational training post release.

Overall, Mr. Zappulla was a positive program participant. Although, one of the youngest members of the community, he seemed to mature over the course of treatment, demonstrating and accepting more responsibilities and taking on leadership roles within the community. Mr. Zappulla became the Sanitation Coordinator for the Wellness Committee and was responsible for scheduling, organizing and overseeing daily sanitation inspections of the unit. He was also responsible for hosting senior activity groups and discussions and served as a mentor to early phase RDAP participants. Mr. Zappulla reported that the new skills he's learned in the program have helped him to become more responsible, build healthy relationships with his family and challenge his irrational thoughts effectively. He reports that over the course of the program, he's developed a better work ethic and has learned to set attainable goals; he feels he's become a better person and endorses that his family has also commented on the positive changes he's made. Furthermore, his peers recognized his progress as well, nominating him as a Participant of the Month during his 8th month of treatment.

**Strengths and Weaknesses**

Strengths-Mr. Zappulla has a number of strengths which will help him with a successful transition and maintaining his sobriety. First, as mentioned above, Mr. Zappulla has been able to demonstrate more responsibility, maturity and willingness to work on his goals. This is different than the once unmotivated and unfocused, individual that he was when he became incarcerated. Mr. Zappulla set the goal of obtaining his GED and he accomplished it. He met several of his treatment goals, such as improving relationships with family and preparing himself for release, and this is an indicator of his ability to be successful upon transition by setting and working towards similar goals in the future. Further, his motivation to succeed is enhanced by the birth of his son. He reports wanting to be a good father and husband and this will help him to maintain focused on his goals.

Limitations-While Mr. Zappulla has a made noticeable progress in treatment, some limitations remain. First, although he has set new goals of having a different lifestyle, he has spent a significant portion of his young life involved in criminal activity and substance abuse. He will continue to face challenges upon release with regards to setting boundaries with negative peer influences as well as his siblings who remain involved in the lifestyle. Further, because of Mr. Zappulla's lack of employment history and vocational skills, he may find it difficult to obtain employment and financially provide for his family. The additional stressors of being a new parent, providing financially and emotionally for his family, trying to obtain employment and/or further his education, while fulfilling other responsibilities of probation may be a trigger for use. Mr. Zappulla will need to be mindful of using his new rational thinking skills to feel differently, rather than turning to the comfort of substance abuse. Additionally, although it has not been addressed as in issue during this treatment episode, Mr. Zappulla does have a history of domestic violence. He will be returning to the relationship in which this occurred, and the stressors mentioned above could be a trigger for anger and abuse. Again, he has demonstrated the ability to utilize rational thinking skills to behave differently in these situations, but should be aware of the risk factor. Lastly, Mr. Zappulla's peers note that one of his weaknesses is a lack of assertiveness, or being "too passive". Mr. Zappulla also describes himself as having a "lack of confidence". These could be issues for him if he fails to be assertive and set healthy boundaries with others, and if he searches to ease this discomfort or enhance his confidence with substance abuse as he has in the past.

Generated 11/17/2014 11:52 by Grady, Genevieve PsyD/DAP Bureau of Prisons - SHE Page 3 of 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | ZAPPULLA, PAUL | | | | | Reg #: | 47772-048 |
| Date of Birth: | 02/20/1994 | Sex: | M | Facility: | SHE | Unit Team: | UNIT 6RDAP |
| Date: | 11/17/2014 09:05 | Provider: | Miles, Danielle MA/DTS | | | | |

**Recommendations for Further Treatment**

Things that will increase his likelihood of success upon transition will be: attending community based drug treatment with random Breathalyzer and urinalysis as a means of external control; establishing/maintaining healthy relationships and building social support for his recovery; focus on maintaining a balanced lifestyle including obtaining/maintaining gainful employment, maintaining his physical and emotional health, and participating in healthy leisure activities. He might benefit from seeking couples therapy with his wife to address past issues and form healthy relationship patterns upon transition. Further, while maintaining employment and a structured lifestyle will be imperative to his successful transition, Mr. Zappulla, will likely benefit from continued education and/or vocational training in order to help him with achieving gainful long-term employment. He will benefit from continuing to utilize tools such as the RSA, attitude checks, and spoke checks to monitor his thinking and maintain a balanced lifestyle. Specifically, he should focus on the attitudes of willingness and objectivity to deal with discomfort and maintain persistence on his goals. Mr. Zappulla will also need to be mindful of avoiding thinking errors of "I Can't", "Cutoff" and "Cognitive Indolence", as these are patterns that could lead him off track from his goals. For additional issues of importance, please refer to the limitations section above. It is the writer's hope that Mr. Zappulla will use his U.S.P.O., R.R.C. staff, and community based treatment providers, collectively, for support and counseling.

**Prognosis**

Mr. Zappulla's success will also be dependent on his ability to avoid specific barriers. Things that will likely be barriers to his success are:

1. Engaging in unhealthy relationships with his siblings and negative peer influences.
2. Lack of employment, continued education or daily structure in his life.
3. Ignoring problems, "stuffing" his emotions, and lack of healthy communication or use of his support system.

RDAP Status

I have recommended him for graduation of the RDAP program. In addition, all the requirements in his treatment plan have been met. At this time he has successfully incorporated the concepts of this program.

Participant Signature: ______________________

Primary DTS:
Signature: D. Miles, MA., CADC I

DAP-C:
Signature: ______________________, PsyD, CADC I

**Diagnosis:**

Axis I: Cannabis Use Disorder, Severe, F12.20*b - Current, Chronic, See Above Note

Stimulant Related Disorders: Severe: Cocaine, F14.20*a - Current, Chronic, See Above Note

Completed by Miles, Danielle MA/DTS on 11/17/2014 09:17

**Reviewed by Grady, Genevieve PsyD/DAP Coord on 11/17/2014 11:52**